FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 13 2024

Kevin P. Weimer, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LOUIS XAVIER HAWTHORNE | Criminal Information<br><br>No. 1:24-CR-00347 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 26, 2024, in the Northern District of Georgia, the defendant, LOUIS XAVIER HAWTHORNE, on an aircraft in the special aircraft jurisdiction of the United States, namely Frontier Airlines Flight 2484 while in flight from Atlanta, Georgia to Miami, Florida, did assault A.R.W., the mother of his child, by striking, beating, and wounding her, in violation of Title 49, United States Code, Section 46506(1) and Title 18, United States Code, Section 113(a)(4).

RYAN K. BUCHANAN
*United States Attorney*

BENJAMIN WYLLY
*Assistant United States Attorney*
New York Bar No. 5799317

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181